# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED,<br>a Canadian corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>FREIGHTCAR AMERICA, INC.,<br>a Delaware corporation,<br><br>*Defendant(s)* | Civil Action No. 15-cv-03418 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* FREIGHTCAR AMERICA, INC
c/o CT CORPORATION SYSTEM
208 South LaSalle Street, Suite 814
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig D. Leavell & Susan L. Tanaka
KIRKLAND & ELLIS LLP
300 North LaSalle St.
Chicago, Illinois 60654
Tel.: (312) 862-2000
craig.leavell@kirkland.com, susan.tanaka@kirkland.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK

*Signature of Clerk or Deputy Clerk*

April 20, 2015

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-03418

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**NATIONAL STEEL CAR LIMITED, A CANADIAN CORPORATION**

V.   CASE NO. 15-cv-03418

**FREIGHTCAR AMERICA, INC. A DELAWARE CORPORATION**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Brae Grobarek**, being first duly sworn on oath deposes and says that he/she served process in the above mentioned cause.
That he/she served the within:

(X) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( ) Other:

---

1. ( X ) On the within party, **Freightcar America, Inc. c/o CT Corporation System**, by leaving a copy with **Courtney Hightower, Intake Specialist and Authorized Person** on April 20, 2015, and informed that person of the contents thereof.

---

2. ( X ) That the sex, race, and approximate age of the person with whom he/she left the documents were as follows:

SEX: **Female**     RACE: **African American**     APPROXIMATE AGE: **28**

---

3. ( X ) That the place where and the time of day when the documents were served were as follows:
PLACE: **208 South LaSalle Street, Suite 814, Chicago, IL 60604**
TIME OF DAY: **12:33 PM**

---

Signed and Sworn to before me
This **20th** day of **April 2015**

OFFICIAL SEAL
MICHAEL J AUGLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/15/18

Brae Grobarek
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective Agency No. 117-000885

15-06033