**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NATIONAL STEEL CAR LIMITED, | ) | |
| a Canadian corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:15-cv-03418 |
| | ) | |
| vs. | ) | |
| | ) | |
| FREIGHTCAR AMERICA, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF NATIONAL STEEL CAR LIMITED'S
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff National Steel Car Limited ("NSC") moves for leave to file Exhibit 2 to its Motion for Additional Email Custodians and Search Terms under seal pursuant to Fed. R. Civ. P. 5.2(d). In support of this motion, NSC states as follows:

1.      Exhibit 2 to NSC's motion—Defendant's Responses to Plaintiff's First Set of Interrogatories (Nos. 1–7)—contains information designated as Confidential pursuant to the Protective Order.

2.      NSC thus requests leave to file this document under seal.

WHEREFORE, NSC respectfully requests that this Court grant its motion to file under seal Exhibit 2 to its Motion for Additional Email Custodians and Search Terms.

Dated: October 6, 2015

Respectfully submitted,

/s/ Craig D. Leavell
Craig D. Leavell (IL Bar No. 6256260)
craig.leavell@kirkland.com
Susan L. Tanaka (IL Bar No. 6314120)
susan.tanaka@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
*Counsel for Plaintiff*
*National Steel Car Limited*

**CERTIFICATE OF SERVICE**

I, Craig D. Leavell, hereby certify that on October 6, 2015, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*s/ Craig D. Leavell*