IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, a Canadian corporation, | ) ) ) |
| Plaintiff, | ) ) Case No.: 1:15-cv-03418 |
| vs. | ) ) ) |
| FREIGHTCAR AMERICA, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff National Steel Car Limited ("NSC") respectfully moves to file the unredacted version of its proposed First Amended Complaint (Dkt. 45-1) under seal pursuant to Federal Rule of Civil Procedure 5.2(d). The redactions in this document pertain to information that Defendant has designated as Confidential under the Protective Order. NSC therefore requests leave to file this document under seal.

| | |
|---|---|
| Dated: January 21, 2016 | By: */s/Craig D. Leavell* <br> Craig D. Leavell (IL Bar No. 6256260) <br> craig.leavell@kirkland.com <br> G. William Foster (IL Bar No. 6309021) <br> billy.foster@kirkland.com <br> Susan L. Tanaka (IL Bar No. 6314120) <br> susan.tanaka@kirkland.com <br><br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br><br> *Counsel for Plaintiff* <br> *National Steel Car Limited* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*s/ Molly Boyd___*