# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED<br>A Canadian corporation,<br>    Plaintiff,<br><br>        v.<br><br>FREIGHTCAR AMERICA, INC.,<br>    Defendant. | CA No. 1:15-CV-03418, -08643<br><br>**Honorable James B. Zagel**<br><br>Jury Trial Requested |

**DEFENDANT'S MOTION TO SEAL**

Defendant, FreightCar America, Inc. ("FCA"), respectfully moves this Court to keep the unredacted version of its Motion To Compel Discovery (Dkt. No. 64) and Ex. A to its motion (Dkt. No. 64-2) under seal pursuant to Federal Rule of Civil Procedure 5.2(d). The redactions in these documents pertain to information that Plaintiff has designated as Confidential under the Protective Order. FCA therefore requests leave to keep these documents under seal.

Date: April 14, 2016 Respectfully submitted,

   */s/ Brendan F. Barker*
Michael L. Brody
Jonathan E. Retsky
Ivan M. Poullaos
Lowell D. Jacobson
Brendan F. Barker
Winston & Strawn, LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600

Jude J. Andre
Winston & Strawn, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Tel: (713) 641-2715

*Attorneys for Defendant Freightcar America, Inc.*

**CERTIFICATE OF SERVICE**

  I, Brendan Barker, an attorney, hereby certify that I caused a copy of the foregoing document to be served by electronic means on all Electronic Filing Users of record, this 14th day of April 2016, and that all parties required to be served have been served.

                /s/ Brendan F. Barker
                Brendan F. Barker