# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NATIONAL STEEL CAR LIMITED, a Canadian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FREIGHTCAR AMERICA, INC., a Delaware corporation, <br><br> Defendant. | Case Nos. 1:15-cv-03418, 1:15-cv-08643 <br><br> Honorable Manish S. Shah |

## ORDER OF DISMISSAL

Based on the Stipulation of Dismissal filed on November 20, 2017 (Dkt. No. 216),

**IT IS HEREBY ORDERED** that all claims and counterclaims in the above-captioned actions are hereby **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated: November 20, 2017

_____
Honorable Manish S. Shah
United States District Judge